# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARY REYES,

      Plaintiff,

vs.                                                        CASE NO. 6:12-CV-80-ORL-19GJK

UNO RESTAURANTS, LLC,

      Defendant.

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 15, filed March 23, 2012). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 15) is **ADOPTED and AFFIRMED.** The Joint Stipulation of Dismissal with Prejudice (Doc. No. 13, filed March 13, 2012) is **GRANTED**, and the parties' settlement is **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE**, and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   4th   day of April, 2012.

*[Signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record